**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL WALKER, | : | Civil No. 3:22-cv-713 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PHYSICAN ASSISTANT FAWN LYNN BALDAUF, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, this 7th day of August, 2026, upon consideration of Defendant's motion (Doc. 106) for summary judgment, and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 106) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Fawn Lynn Baldauf, and against Plaintiff.

3. The Court declines to exercise supplemental jurisdiction over the state law claims which are **DISMISSED** without prejudice to Plaintiff's right to reassert these claims in state court.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

Robert D. Mariani
United States District Judge